VERNON C. GOINS II (CSBN 195461)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 930
Oakland, CA 94612
Telephone:   (510) 663-3700
Facsimile:   (510) 663-3710
E-mail:       vgoins@goinslawfirm.com

Attorneys for Defendant,
NAOMI MARIE LEBUS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST BANK dba FIRST BANK MORTGAGE,<br><br>                    Plaintiff,<br><br>v.<br><br>NAOMI MARIE LEBUS, and DOES 1 through 10, inclusive,<br><br>                    Defendant. | No. 2:15-cv-01147-KJM-CMK<br><br>**ORDER TO REMAND REMOVED ACTION** |

The Court hereby orders that, pursuant to the stipulation of the parties, the entire above-captioned Action is hereby remanded to Trinity County Superior Court. The parties shall bear their own attorneys' fees and costs incurred in this Action and with respect to the removal and remand of this Action. This order resolves ECF No. 5.

IT IS SO ORDERED.

Dated:  August 18, 2015.

_____
UNITED STATES DISTRICT JUDGE